UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| BILLIER JOLENE PICKETT, | ) | No: 5:24-cv-00497-GJS |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: January 2, 2025

_____
HON. GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

-1-